IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL  DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                  Plaintiff,        )
                                    )
          v.                        )         Criminal Action No.
                                    )         09-04049-01-CR-C-NKL
KONSTANTINE VLADIMIR BELTEY,        )
                                    )
                  Defendant.        )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William

Knox, to which no objection has been filed, the plea of guilty to Count 1 of the Information filed

October 13, 2009, is now accepted.  Defendant is adjudged guilty of such offense.  Sentencing

will be set by subsequent order of the court.

                                         s/ NANETTE K. LAUGHREY
                                        NANETTE K. LAUGHREY
                                        United States District Judge

Kansas City, Missouri
October 30, 2009